U.S.A. vs __Rudolfo Torrez__   No. __08mj0656__

The Court finds excludable delay, under the section indicated by check (✓), commenced on __3-5-08__ and ended on __3-7-08__ ; ( xm )

_____ and ended on _____ . ( )

**3161(h)**

___ (1)(A)   Exam or hrg for **mental or physical incapacity**                              A
___ (1)(B)   **NARA exam**ination (28:2902)                                                   B
___ (1)(D)   State or Federal trials or **other charges pending**                             C
___ (1)(E)   **Interlocutory appeals**                                                        D
___ (1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)                     E
___ (1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)                        F
___ (1)(J)   **Proceedings under advisement** not to exceed thirty days                       G
___          Misc proc: Parole or prob rev, deportation, **extradition**                      H
___ (1)(H)   **Transportation** from another district or to/from examination
             or hospitalization in ten days or less                                           6
___ (1)(I)   Consideration by Court of **proposed plea agreement**                            7
___ (2)      **Prosecution deferred** by mutual agreement                                     I
✓ (3)(A)(B)  **Unavailability of defendant** or **essential witness**                         (M)
___ (4)      Period of **mental or physical incompetence** of defendant to stand trial        N
___ (5)      Period of **NARA commitment or treatment**                                       O
___ (6)      **Superseding indictment and/or new charges**                                    P
___ (7)      **Defendant awaiting trial of co-defendant** when no severance has been granted  R
___ (8)(A)(B) **Continuances** granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance   T
___ (8)(B)(I) 1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. **(Continuance - miscarriage of justice)**   T1
___           2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. **(Continuance - tendered a guilty plea)**
___ (8)(B)(ii)  2) **Case** unusual or **complex**                                            T2
___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days    T3
___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare **(Continuance re counsel)**   T4
___ 3161(I)   Time up to **withdrawal of guilty plea**                                        U
___ 3161(b)   **Grand jury indictment time extended** thirty (30) more days                   W

Date __3-5-08__                              __CAB__
                                          Judge's Initials